UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Mykle Lepene,
        Debtor.

Case No. 21-10245-BAH
Chapter 13

### Debtor's Affidavit Regarding Discharge

Now Comes Mykle Lepene, Debtor in the above-cited case, being duly sworn, do solemnly swear on my oath and make the following statements at the time of Discharge:

1. That pursuant to § 1328(a), I state that I:

   _____ a) am not obligated to make payments Regarding a Domestic Support Obligation

   OR

   ✓ b) I am current on the ongoing Domestic Support Obligation

2. That pursuant to 1328(f), I am qualified to receive a discharge in that I have not been a party to any other bankruptcy proceedings during the applicable periods.

3. That pursuant to § 1328(g), I have completed the instructional course concerning personal financial management described in § 111, and have filed a certification with the Court.

4. That pursuant to § 1328(h), I hereby certify that there is no reasonable cause to believe that § 522(q) (1) is applicable to me, and that there is no proceeding in which I may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

_____
Mykle Lepene

On this the 4th day of June_____, 2024, before me, personally appeared Mykle Lepene satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

_____
Justice of the Peace/Notary Public

[Notary Seal: SARA LARAMIE, COM. EXP. 11-22-28, NOTARY PUBLIC, NEW HAMPSHIRE]