UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re: Mykle Lepene
Case No. 21-10245-BAH
Chapter 13
Debtor

### CHAPTER 13 TRUSTEE'S INTERIM REPORT & REQUEST FOR DEBTOR'S DISCHARGE

The above-captioned Debtor has fully complied with his payment obligations pursuant to the Order Confirming his Plan, has filed the Financial Management Course Certificate, and has filed his Affidavit of Compliance With Discharge Requirements, and is entitled to a discharge pursuant to 11 U.S.C. § 1328(a).

Respectfully submitted,

Dated: July 16, 2024

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460

### CERTIFICATE OF SERVICE

I hereby certify that I have on this, the 16th day of July, 2024, served electronically via ECF a copy of this Trustee's Interim Report & Request for Debtor's Discharge upon the following:

Attorney Sandra Kuhn
Eliza Conley-Lepene
  c/o Attorney Craig Donais
    Attorney Christopher Taintor
New Hampshire Housing Finance Authority
  c/o Attorney Marc Van Zanten
Office of the U.S. Trustee

and by first class US mail to Mykle Lepene at 35 Lepene Drive, Farmington, New Hampshire 03835.

Dated: July 16, 2024

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Trustee