United States Bankruptcy Court
District of New Hampshire

| | |
|---|---|
| In re: | Case No. 21-10245-BAH |
| Mykle Lepene | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mykle Lepene, 35 Lepene Drive, Farmington, NH 03835-3204 |
| cr | + | Eliza Conley-Lepene, c/o Wadleigh Starr & Peters PLLC, 95 Market Street, Manchester, NH 03101-1933 |
| 3125652 | + | Carol and Dennis Lepene, 35 Lepene Drive, Farmington, NH 03835-3204 |
| 3125659 | + | Elizabeth Conley, c/o Patrick Bedard, Esq., 9 Bradstreet Lane, PO Box 366, Eliot, ME 03903-0366 |
| 3125660 | + | Elizabeth Conley-Lepene, Christopher C. Taintor, Esq., Two Canal Plaza P.O.Box 4600, Portland, ME 04112-4600 |
| 3125661 | | New Hampshire House/do, C/o Dovenmuehle Mortgage, Schaumburg, IL 60173 |
| 3127690 | + | New Hampshire Housing Finance Authority, Marc van Zanten, Esq., 1662 Elm Street, Manchester, NH 03101-1243 |
| 3125665 | + | St. Mary's Bank, 200 Bedford St, Manchester, NH 03101-1153 |
| 3125664 | + | St. Mary's Bank, Attn: Bankruptcy, 200 Mcgregor St, Manchester, NH 03102-3745 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3125650 | | EDI: BANKAMER | Jul 17 2024 21:43:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 3125651 | + | EDI: BANKAMER | Jul 17 2024 21:43:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 3128739 | + | EDI: BANKAMER2 | Jul 17 2024 21:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 3129191 | | EDI: CITICORP | Jul 17 2024 21:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 3125653 | + | EDI: CITICORP | Jul 17 2024 21:43:00 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 3125654 | + | EDI: CITICORP | Jul 17 2024 21:43:00 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 3125656 | + | Email/Text: bankruptcy@connexuscu.org | Jul 17 2024 17:42:00 | Connexus CU, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 3125655 | + | Email/Text: bankruptcy@connexuscu.org | Jul 17 2024 17:42:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 3125658 | | EDI: DISCOVER | Jul 17 2024 21:43:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 3126585 | | EDI: DISCOVER | Jul 17 2024 21:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 3125657 | + | EDI: DISCOVER | Jul 17 2024 21:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 3155353 | + | EDI: PRA.COM | Jul 17 2024 21:43:00 | PRA Receivables Management LLC, as agent of, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |

Case: 21-10245-BAH  Doc #: 90  Filed: 07/19/24  Desc: Imaged Certificate of Notice  Page 2 of 5

| District/off: 0102-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 3125733 | + EDI: PRA.COM | | Jul 17 2024 21:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 3127208 | EDI: Q3G.COM | | Jul 17 2024 21:43:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 3125662 | Email/Text: resolutionrecovery@servicecu.org | | Jul 17 2024 17:42:00 | Service Credit Union, Attn: Bankruptcy, Po Box 1268, Portsmouth, NH 03801 |
| 3125663 | Email/Text: resolutionrecovery@servicecu.org | | Jul 17 2024 17:42:00 | Service Credit Union, Pob 1268, Portsmouth, NH 03801 |
| 3125667 | + EDI: SYNC | | Jul 17 2024 21:43:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 3125666 | + EDI: SYNC | | Jul 17 2024 21:43:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 3129226 | ^ MEBN | | Jul 17 2024 17:39:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher C. Taintor | on behalf of Creditor Eliza Conley-Lepene ctaintor@nhdlaw.com  beverest@nhdlaw.com |
| Craig S. Donais | on behalf of Creditor Eliza Conley-Lepene cdonais@wadleighlaw.com  kdraus@wadleighlaw.com;cdonais@recap.email |
| Lawrence P. Sumski | SumskiCh13@gmail.com |
| Marc Van Zanten | on behalf of Creditor New Hampshire Housing Finance Authority mvanzanten@cda-law.com  ltran@cda-law.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| Sandra A. Kuhn | on behalf of Debtor Mykle Lepene skuhn@familylegalservices.org jodi@familylegalservices.org;family@familylegalservices.org;jrunge@familylegalservices.org;ahuntley@familylegalservices.org |

District/off: 0102-1         User: admin                    Page 3 of 3
Date Rcvd: Jul 17, 2024      Form ID: 3180W                 Total Noticed: 28
TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mykle Lepene<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3318<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Hampshire Live Database | |
| Case number: | 21-10245-BAH | |

## Order of Discharge                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mykle Lepene

July 17, 2024                **By the court:**    /s/ Bruce A. Harwood
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                       Chapter 13 Discharge                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**