UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Mykle Lepene
Case No. 21-10245-KB
Chapter 13

FILED
2024 OCT 15 PM 12:21
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #310652
Issued on: 5/15/2024
Issued to: Elizabeth Conely-Lepene
In the amount of $360.02

3. That the original, now cancelled check was sent to the creditor Elizabeth Conely-Lepene c/o Attorney Christoper Taintor, PO Box 4600, Portland, ME 04112-4600.

4. That attached is my replacement check number 311998 in the amount of $360.02, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Dated: October 9, 2024

Respectfully submitted

Lawrence P. Sumski,
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460

On this the 9th day of October, 2024 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Karen A. Clemens
Notary Public

[Notary Seal: Karen A. Clemens, STATE OF NEW HAMPSHIRE, MY COMMISSION EXPIRES February 19, 2025, NOTARY PUBLIC]

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 9th day of October, 2024, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to the Debtors' Attorney, Elizabeth Conely-Lepene at c/o Attorney Christoper Taintor, PO Box 4600, Portland, ME 04112-4600 and the Office of the U.S. Trustee.

Dated: October 9, 2024           /s/ Lawrence P. Sumski
                                 Lawrence P. Sumski