```
                UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF NEW HAMPSHIRE

                  In Re: Mykle Lepene
                  Case No. 21-10245-KB
                        Chapter 13
                         Debtor
```

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this, the 20th day of November, 2024, served electronically via ECF a copy of this Trustee's Final Report upon the following:

```
    Attorney Sandra Kuhn
    Eliza Conley-Lepene
      c/o Attorney Craig Donais
         Attorney Christopher Taintor
    New Hampshire Housing Finance Authority
      c/o Attorney Marc Van Zanten
    Office of the U.S. Trustee
```

and by first class United States mail to all creditors as listed on the attached service list.

Respectfully submitted,

Dated:  November 20, 2024

/s/ Lawrence P. Sumski
Lawrence P. Sumski
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460