Mykle Lepene
35 Lepene Drive
Farmington, NH 03835

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH  43054-3025

Bank of America
P.O. Box 15102
Wilmington, DE  19886-5102

Citibank, N.A.
6716 Grade Lane
Building 9 -  Ste 910-PY Dept
Louisville, KY  40213-3439

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541