# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re:<br><br>Mykle Lepene<br>      Debtor. | Case No. 21–10245–KB<br>Chapter 13 |

## ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 13 case of the above−named debtor is closed.

    ENTERED at Concord, New Hampshire.

| | |
|---|---|
| Date: December 23, 2024 | /s/ Kimberly Bacher<br>Kimberly Bacher<br>Chief Bankruptcy Judge |

Form GTotocloscstmp−136