United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 21-10245-KB |
| Mykle Lepene | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2024 | Form ID: 136 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mykle Lepene, 35 Lepene Drive, Farmington, NH 03835-3204 |
| cr | + | Eliza Conley-Lepene, c/o Wadleigh Starr & Peters PLLC, 95 Market Street, Manchester, NH 03101-1933 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 25, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher C. Taintor | on behalf of Creditor Eliza Conley-Lepene ctaintor@nhdlaw.com  beverest@nhdlaw.com |
| Craig S. Donais | on behalf of Creditor Eliza Conley-Lepene cdonais@wadleighlaw.com  emaloney@wadleighlaw.com;cdonais@recap.email |
| Lawrence P. Sumski | SumskiCh13@gmail.com |
| Marc Van Zanten | on behalf of Creditor New Hampshire Housing Finance Authority mvanzanten@cda-law.com  ltran@cda-law.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| Sandra A. Kuhn | |

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 23, 2024 | Form ID: 136 | Total Noticed: 2 |

on behalf of Debtor Mykle Lepene skuhn@familylegalservices.org jodi@familylegalservices.org;family@familylegalservices.org;jrunge@familylegalservices.org;ahuntley@familylegalservices.org

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

| | |
|---|---|
| In re: | Case No. 21−10245−KB |
| | Chapter 13 |
| Mykle Lepene | |
|     Debtor. | |

---

### ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 13 case of the above−named debtor is closed.

    ENTERED at Concord, New Hampshire.

| | |
|---|---|
| Date: December 23, 2024 | /s/ Kimberly Bacher |
| | Kimberly Bacher |
| | Chief Bankruptcy Judge |

Form GTotocloscstmp−136